AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

__Crystal Brown Nwaneri_____
*Plaintiff/Petitioner*

v.

__Quinn Emanuel Urquhart Sullivan__
*Defendant/Respondent*

Case: 1:19-cv-01540 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/7/2019
Description: Employ. Discrim. (H-DECK)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: **N/A**

My gross pay or wages are: $ __0__ , and my take-home pay or wages are: $ __0__ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes     ☑ No
(b) Rent payments, interest, or dividends                ☐ Yes     ☑ No
(c) Pension, annuity, or life insurance payments         ☐ Yes     ☑ No
(d) Disability, or worker's compensation payments        ☐ Yes     ☑ No
(e) Gifts, or inheritances                               ☐ Yes     ☑ No
(f) Any other sources                                    ☑ Yes     ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

My husband is the sole provider for my family, which includes 3 children under the age of 4, including a toddler, and an infant. In December/January 2019, he suffered a debilitating stroke and is currently only able to work part-time.

**RECEIVED**
MAY 24 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

2

AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ **500**

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Automobile - $2500
Jewelry/art work - $7,000
401k - $14,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

see #3

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

A.N. (4yo)
A.N. (2yo)       I am full time primary caregiver for all 3 children, including all responsibilities daily, since 2016.
S.N. (6mos)

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student loans - $100,000
maintenance of deceased parent's property - $1500+

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5/6/19

_Crystal Brown_
Applicant's signature

Crystal Brown Nwaneri
Printed name