# Exhibit A

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70153010000134010165

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

September 22, 2019
In Transit to Next Facility

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 22, 2019
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

September 18, 2019, 5:35 pm
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 18, 2019, 9:44 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

**September 16, 2019, 3:55 pm**
Departed USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**September 16, 2019, 12:07 pm**
Arrived at USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**September 13, 2019, 11:15 am**
Addressee Unknown
CHARLESTON, SC 29406

**September 12, 2019, 3:50 pm**
Notice Left (No Authorized Recipient Available)
CHARLESTON, SC 29406

**September 11, 2019, 9:14 am**
Out for Delivery
CHARLESTON, SC 29406

Feedback

**September 11, 2019, 5:20 am**
Arrived at Unit
CHARLESTON, SC 29406

**September 9, 2019, 6:30 pm**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**September 8, 2019, 12:01 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**September 7, 2019, 7:28 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 6, 2019, 11:17 pm**
Arrived at USPS Regional Facility

GAITHERSBURG MD DISTRIBUTION CENTER

## Product Information ︿

**Postal Product:**

**Features:**
Certified Mail™

See Less ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback