# Exhibit B

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70153430000114593435

Remove ×

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit
September 24, 2019
In Transit to Next Facility

Get Updates ∨

Feedback

**Text & Email Updates** ∨

**Tracking History** ∧

September 24, 2019
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

September 20, 2019, 5:00 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 18, 2019, 12:18 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 16, 2019, 9:05 pm
Departed USPS Regional Facility
GREENSBORO NC DISTRIBUTION CENTER

September 16, 2019, 1:19 pm
Arrived at USPS Regional Facility
GREENSBORO NC DISTRIBUTION CENTER

September 12, 2019, 3:50 pm
Notice Left (No Authorized Recipient Available)
CHARLESTON, SC 29406

September 12, 2019, 11:25 am
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

September 11, 2019, 3:05 pm
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

September 9, 2019, 11:27 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback