# Exhibit C

**quinn emanuel** trial lawyers | washington, d.c.

1300 I Street NW, Suite 900, Washington, D.C. 20005

**CERTIFIED MAIL**

7015 3010 0001 3401 0165

Hasler
09/06/2019
US POSTAGE $006.90

ZIP 20001
011D10649842



ANK

9-8-19

**Crystal B. Nwaneri**
**8297 Delhi**
**North Charleston,**

NIXIE    296    FE 1    0009/16/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK           BC: 20005331499    *1817-06523-06-46

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Crystal B. Nwaneri
   8297 Delhi Rd
   North Charleston, SC 29406

   9590 9402 5239 9122 6240 43

2. Article Number *(Transfer from service label)*

   7015 3010 0001 3401 0165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #

9590 9402 5239 9122 6240 43

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Quinn Emanuel Urquhart & Sullivan, LLP**
**1300 I Street, NW, Suite 900**
**Washington, D.C. 20005**



Attn: D'Andrea Green