# Exhibit D

CERTIFIED MAIL

n Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

7015 3430 0001 1459 3435

Hasler
09/09/2019
US POSTAGE $008.30

ZIP 20001
011D10649842

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406



NIXIE      274   FE 1           0009/16/19
             RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 20005331499      2040N259171-01926

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Crystal B. Nwaneri**<br>**8297 Delhi Rd**<br>**North Charleston, SC 29406**<br><br>9590 9402 5284 9154 9815 27 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7015 3430 0001 1459 3435 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |