# Exhibit F

| | |
|---|---|
| From: | D'Andrea Green |
| Sent: | Thursday, September 5, 2019 9:51 PM |
| To: | cbnwaneri@gmail.com |
| Cc: | Richard Smith; JP Kernisan; Valerie Ramos; Sara Clark |
| Subject: | [1:19-cv-01540-TNM] Nwaneri V. Quinn Emanuel Urquhart & Sullivan LLP - U.S. District Court of DC |
| Attachments: | Corporate Disclosure Statement.pdf; Notice of Appearance - R. Smith.pdf |

<u>VIA EMAIL</u>

Dear Mrs. Nwaneri:

Please see attached Quinn Emanuel's Corporate Disclosure Statement & Notice of Appearance, e-filed today, September 5, 2019, in the above referenced matter.

Thank you kindly,

D'Andrea Green
Paralegal,
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8154 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
dandreagreen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL B. NWANERI, <br><br> Plaintiff, <br><br> v. <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br><br> Defendant. | Case No. 1:19-cv-01540-TNM |

## DEFENDANT QUINN EMANUEL URQUHART & SULLIVAN, LLP'S CORPORATE DISCLOSURE STATEMENT

As required by Federal Rule of Civil Procedure 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Defendant Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), hereby certify that, to the best of my knowledge and belief, Quinn Emanuel is a privately held limited liability partnership and no corporation owns ten percent (10%) or more of Quinn Emanuel.

These representations are made in order that judges of this Court may determine the need for recusal.

Case 1:19-cv-01540-TNM Document 13-6 Filed 10/01/19 Page 4 of 7
Case 1:19-cv-01540-TNM Document 8 Filed 09/05/19 Page 2 of 3

2

Dated: September 5, 2019               Respectfully submitted,


                                       */s/ Richard C. Smith*
                                       Richard C. Smith (DC Bar No. 498177)
                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
                                       1300 I Street NW, Suite 900
                                       Washington, District of Columbia 20005
                                       Tel: (202) 538-8000
                                       Fax: (202) 538-8100
                                       richardsmith@quinnemanuel.com

                                       *Attorney for Defendant Quinn Emanuel
                                       Urquhart & Sullivan, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2019, I filed the foregoing document via ECF, and caused a copy to be served by email and first class mail on:

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406
Email: cbnwaneri@gmail.com

*/s/  Richard C. Smith*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL B. NWANERI,<br><br>    Plaintiff,<br><br> v.<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>    Defendant. | Case No. 1:19-cv-01540-TNM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard C. Smith of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 1300 I St., NW, Suite 900, Washington, D.C. 20005, hereby appears on behalf of Plaintiff Quinn Emanuel Urquhart & Sullivan, LLP, in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.


Dated: September 5, 2019

                */s/ Richard C. Smith*
                Richard C. Smith (DC Bar No. 498177)
                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                1300 I Street NW, Suite 900
                Washington, District of Columbia 20005
                Tel: (202) 538-8000
                Fax: (202) 538-8100
                richardsmith@quinnemanuel.com

                *Attorney for Defendant Quinn Emanuel Urquhart & Sullivan, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2019, I filed the foregoing document via ECF, and caused a copy to be served by email and first class mail on:

Crystal B. Nwaneri<br>
8297 Delhi Rd<br>
North Charleston, SC 29406<br>
Email: cbnwaneri@gmail.com

*/s/ Richard C. Smith*