# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CRYSTAL B. NWANERI,

               Plaintiff,

v.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

               Defendant.

Case No. 1:19-cv-01540-TNM

---

### NOTICE OF INABILITY TO CONTACT OR SERVE
### PRO SE PLAINTIFF IN PAPER FORM

PLEASE TAKE NOTICE that Defendant Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") could not contact or serve Plaintiff Crystal B. Nwaneri ("Ms. Nwaneri") with various filings in paper form because Ms. Nwaneri did not provide a valid mailing address in the Complaint (the "Provided Address").

1.      In accordance with Rule 4(B)(ii) of the Court's Standing Order (Dkt. 4), Quinn Emanuel has unsuccessfully attempted to serve Ms. Nwaneri in paper form. On September 6, 2019, Quinn Emanuel sent by certified mail the Notice of Appearance by Richard Smith and Quinn Emanuel's Corporate Disclosures (the "September 5 Filings") to the Provided Address. Ex. A (Sept. 5 USPS Tracking). Additionally, on September 9, 2019, Quinn Emanuel sent by certified mail the Motion to Dismiss and Sara Clark's Motion for Leave to Appear Pro Hac Vice (the "September 6 Filings") to the Provided Address. Ex. B (Sept. 6 USPS Tracking). On September 11, 2019, USPS unsuccessfully attempted to deliver the September 5 Filings. Ex. A. On September 12, 2019, USPS attempted—but failed—to deliver both the September 5 and September 6 Filings as no authorized recipient was available; as such, USPS left a Notice at the Provided Address related to each. *See* Ex. A; Ex.

B.  The next day, USPS reviewed their database and confirmed that Ms. Nwaneri was not associated with and did not live at the Provided Address. *See* Ex. A (as denoted by "Addressee Unknown"). Thus , both the September 5 and September 6 Filings were then "Return[ed] to Sender" as "Attempted—Not Known" and "Unable to Forward." Ex. C (Sept. 5 Scanned Certified Mail); Ex. D (Sept. 6 Scanned Certified Mail).

2.  Ms. Nwaneri is an active member of the D.C. bar, has clerked for the United States District Court for the District of South Carolina and the United States Court of Appeals for the Seventh Circuit, and practiced law for at least almost ten years. Dkt. 1. Thus, Ms. Nwaneri should be well acquainted with her obligations as a party to this litigation and should not be awarded the latitude afforded to a typical unsophisticated *pro se* plaintiff. *See generally Mann v. Castiel*, 681 F.3d 368, 376–77 (D.C. Cir. 2012) (upholding that the "additional latitude [] typically afford[ed to] *pro se* litigants to correct defects in service of process was unwarranted [because] the two *pro se* plaintiffs had been notified of the requirements . . . and appeared not to be the typical, unsophisticated *pro se* litigants, but businessmen with extensive litigation experience, one of whom had formal legal training.").

3.  Even if treated as a typical *pro se* plaintiff, Ms. Nwaneri still has an obligation to notify the Court of any change of address. See LCvR 5.1(c)(1) ("[n]otice of a change in address [of] . . . a party not represented by an attorney must be filed within *14 days of the change*.") (emphasis added); *see also Crawford v. Doe*, 87-cv-1211, 1987 WL 20245, at *1 (D.D.C. Nov. 6, 1987) (where a Local Rule "requires a party not represented by counsel, such as plaintiff, to file with the Court a notification of change of address . . . [t]he fact that plaintiff is acting *pro se* does not discharge his duties to abide by the rules of the court in which he litigates.") (internal citation and formatting omitted). She has failed to meet this obligation.

2

4.    Moreover, Quinn Emanuel has wholesale been unable to contact Ms. Nwaneri. For example, on September 25, 2019, Quinn Emanuel called the phone number Ms. Nwaneri provided in the Complaint to request an updated address to serve. Ms. Nwaneri did not answer. Despite Quinn Emanuel leaving a voicemail requesting that she return the call, Ms. Nwaneri has failed to do so.

5.    Ms. Nwaneri has been likewise unresponsive to email. On August 23, 2019, Quinn Emanuel emailed Ms. Nwaneri at cbnwaneri@gmail.com, the email address provided in the Complaint and registered with ECF to receive electronic mail, about her availability for a Rule 26 mandatory conference. Ex. E (Aug. 23 email from S. Clark to C. Nwaneri). To date, Ms. Nwaneri has not responded. Ms. Nwaneri has also failed to respond to the courtesy electronic copies Quinn Emanuel has emailed her of each filing.[1]

Dated: October 1, 2019                   Respectfully submitted,

                                        /s/  Richard C. Smith
                                        Richard C. Smith (DC Bar No. 498177)
                                        richardsmith@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        1300 I Street NW, Suite 900
                                        Washington, District of Columbia 20005
                                        Tel: (202) 538-8000
                                        Fax: (202) 538-8100

                                        *Attorney for Defendant Quinn Emanuel*
                                        *Urquhart & Sullivan, LLP*

---

[1]    *See* Ex. F (Sept. 5 email from D. Green to C. Nwaneri, attaching the Notice of Appearance by Richard Smith and Quinn Emanuel's Corporate Disclosures); Ex. G (Sept. 6 email from D. Green to C. Nwaneri, attaching the Motion to Dismiss and Sara Clark's Motion for Leave to Appear Pro Hac Vice).

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2019, I filed the foregoing document

electronically with the Clerk of the Court using the ECF system, and caused to be served by email

and first class mail a copy of the foregoing document on:

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406
cbnwaneri@gmail.com

/s/ Richard C. Smith
Richard C. Smith

# Exhibit A

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70153010000134010165

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

September 22, 2019
In Transit to Next Facility

Get Updates ⌄

Feedback

---

**Text & Email Updates**                                                   ⌄

---

**Tracking History**                                                       ⌃

**September 22, 2019**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**September 18, 2019, 5:35 pm**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 18, 2019, 9:44 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 16, 2019, 3:55 pm**
Departed USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**September 16, 2019, 12:07 pm**
Arrived at USPS Regional Facility
GREENVILLE SC DISTRIBUTION CENTER

**September 13, 2019, 11:15 am**
Addressee Unknown
CHARLESTON, SC 29406

**September 12, 2019, 3:50 pm**
Notice Left (No Authorized Recipient Available)
CHARLESTON, SC 29406

**September 11, 2019, 9:14 am**
Out for Delivery
CHARLESTON, SC 29406

**September 11, 2019, 5:20 am**
Arrived at Unit
CHARLESTON, SC 29406

**September 9, 2019, 6:30 pm**
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**September 8, 2019, 12:01 pm**
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

**September 7, 2019, 7:28 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 6, 2019, 11:17 pm**
Arrived at USPS Regional Facility

Feedback

GAITHERSBURG MD DISTRIBUTION CENTER

---

**Product Information** ∧

**Postal Product:**                    **Features:**
                                        Certified Mail™

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

**FAQs**

# Exhibit B

# USPS Tracking®

**FAQs >**

## Track Another Package +

**Tracking Number:** 70153430000114593435

**Remove ✕**

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

September 24, 2019
In Transit to Next Facility

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**September 24, 2019**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**September 20, 2019, 5:00 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 18, 2019, 12:18 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 16, 2019, 9:05 pm
Departed USPS Regional Facility
GREENSBORO NC DISTRIBUTION CENTER

September 16, 2019, 1:19 pm
Arrived at USPS Regional Facility
GREENSBORO NC DISTRIBUTION CENTER

September 12, 2019, 3:50 pm
Notice Left (No Authorized Recipient Available)
CHARLESTON, SC 29406

September 12, 2019, 11:25 am
Departed USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

September 11, 2019, 3:05 pm
Arrived at USPS Regional Facility
CHARLESTON SC PROCESSING CENTER

September 9, 2019, 11:27 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Feedback

**Product Information** ⌃

**Postal Product:**                              **Features:**
                                                 Certified Mail™

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Exhibit C

**CERTIFIED MAIL**

**quinn emanuel** trial lawyers | washington, d.c.
1300 I Street NW, Suite 900, Washington, D.C. 20005

7015 3010 0001 3401 0165

Hasler
09/06/2019
US POSTAGE $006.90

ZIP 20001
011D10649842

AN K

Crystal B. Nwaneri
8297 Delhi
North Charleston,   NIXIE   298   FE 1   0009/16/19

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK   BC: 20005331499   *1817-06523-06-46

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Crystal B. Nwaneri
9297 Delhi Rd
North Charleston, SC 29406

9590 9402 5239 9122 6240 43

2. Article Number (Transfer from service label)
7015 3010 0001 3401 0165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

USPS TRACKING #

9590 9402 5239 9122 6240 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

Attn: J. Andrea Green

# Exhibit D

Case 1:19-cv-01540-TNM   Document 13-4   Filed 10/01/19   Page 2 of 3

US POSTAGE $008.30°
Hasler
09/20/2019
ZIP 20001
011D10649842

CERTIFIED MAIL

7015 3430 0001 1459 3435

n Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406

NIXIE       274   FE 1          0005/16/19

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  20005331499   2040N259171-01926

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406

9590 9402 5284 9154 9815 27

2. Article Number (Transfer from service label)

7015 3430 0001 1459 3435

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Exhibit E

| | |
|---|---|
| **From:** | Sara Clark |
| **Sent:** | Friday, August 23, 2019 3:43 PM |
| **To:** | cbnwaneri@gmail.com |
| **Cc:** | Richard Smith; Valerie Ramos; D'Andrea Green |
| **Subject:** | Nwaneri v. Quinn Emanuel (No. 19-cv-01540) (D.D.C.) |

Ms. Nwaneri,

We are in receipt of the Complaint filed in the above-referenced matter.

Pursuant to Local Rule LCvR 16.3, Federal Rule of Civil Procedure 16 and Federal Rule of Civil Procedure 26(f), we are contacting you to schedule the mandatory conference between the parties in connection with the preparation of the required joint scheduling report (*see* LCvR 16.3(d)).

Please advise on your availability for a telephonic conference on **Wednesday, August 28, 2019 at 11:00 am EST.** If that does not work for you, please propose an alternate date and time during the week of August 26th, 2019.

Kind Regards,
Sara

**Sara Clark**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

711 Louisiana Street, Suite 500
Houston, TX 77002
713-221-7010 Direct
713-221-7000 Main Office Number
713-221-7100 FAX
saraclark@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# Exhibit F

| From: | D'Andrea Green |
|---|---|
| Sent: | Thursday, September 5, 2019 9:51 PM |
| To: | cbnwaneri@gmail.com |
| Cc: | Richard Smith; JP Kernisan; Valerie Ramos; Sara Clark |
| Subject: | [1:19-cv-01540-TNM] Nwaneri V. Quinn Emanuel Urquhart & Sullivan LLP - U.S. District Court of DC |
| Attachments: | Corporate Disclosure Statement.pdf; Notice of Appearance - R. Smith.pdf |

**VIA EMAIL**

Dear Mrs. Nwaneri:

**Please see attached Quinn Emanuel's Corporate Disclosure Statement & Notice of Appearance, e-filed today, September 5, 2019, in the above referenced matter.**

Thank you kindly,

**D'Andrea Green**
*Paralegal,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8154 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
dandreagreen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

Case 1:19-cv-01540-TNM   Document 13-6   Filed 09/05/19   Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2019, I filed the foregoing document via

ECF, and caused a copy to be served by email and first class mail on:

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406
Email: cbnwaneri@gmail.com

/s/ Richard C. Smith

# EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2019, I filed the foregoing motion for

admission of attorney *pro hac vice* on all counsel of record (document) via ECF, and caused a

copy to be served by email and first class mail on:

Crystal B. Nwaneri
8297 Delhi Rd
North Charleston, SC 29406
Email: cbnwaneri@gmail.com

*/s/  Richard C. Smith*