**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CRYSTAL B. NWANERI**,<br><br>      Plaintiff,<br><br>      v.<br><br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**,<br><br>      Defendant. | Case No. 19-cv-01540 (TNM) |

**ORDER**

On September 6, 2019, Defendant moved to dismiss the Complaint.  ECF No. 10. The Court informed Plaintiff that her opposition was due by October 9 and warned that failure to respond by this deadline "may result in the district court granting the motion and dismissing the case."  ECF No. 11 (quoting *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988)); *see* LCvR 7(b).  On October 23, Plaintiff requested additional time to respond.  ECF No. 14.  The Court granted this request and directed her to respond by November 7, 2019.  *See* 10/30/19 Minute Order.  No response has been forthcoming. Therefore, it is hereby

**ORDERED** that Defendant's [10] Motion to Dismiss is GRANTED as conceded under Local Civil Rule 7(b); it is further

**ORDERED** that Plaintiff's claims against Defendant are DISMISSED; it is further

**ORDERED** that Defendant's [18] Motion for Judgment is DENIED AS MOOT.

The Clerk of the Court is directed to close the case.

**SO ORDERED.**


Dated: November 20, 2019                    _____

                                            TREVOR N. McFADDEN
                                            United States District Judge