# Exhibit 1

# D'Andrea Green

| | |
|---|---|
| **From:** | D'Andrea Green |
| **Sent:** | Friday, November 6, 2020 5:36 PM |
| **To:** | 'cbnwaneri@gmail.com' |
| **Cc:** | Richard Smith; JP Kernisan; Valerie Ramos |
| **Subject:** | NWANERI v. QUINN EMANUEL URQUHART & SULLIVAN LLP (Doc# -, D.D.C. 1:19-cv-01540-TNM) |
| **Attachments:** | 2020-11-06 Minute Order [dckt ].pdf |

<u>VIA EMAIL</u>

Dear Mrs. Nwaneri,

Please see attached, the signed *Minute Order* filed in the D.C. District Court today, November 6, 2020 on behalf of Judge McFadden.

Thank you kindly,

**D'Andrea Green**
*Paralegal,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8154 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
dandreagreen@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2020 at 1:33 PM EDT and filed on 11/6/2020

| | |
|---|---|
| **Case Name:** | NWANERI v. QUINN EMANUEL URQUHART & SULLIVAN LLP |
| **Case Number:** | 1:19-cv-01540-TNM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER granting in part, denying in part, and holding in abeyance in part the Plaintiff's [37] Notice of Procedural Errors and Rule Violations. To the extent that the Plaintiff seeks an extension of time to respond to the Defendants' [29] Motion to Dismiss, the [37] Notice is GRANTED. The Plaintiff shall respond to the Defendants' Motion to Dismiss on or before 11/27/2020. The Court advises the Plaintiff that further requests for an extension of time will be disfavored. The Defendants shall have two weeks from the date the Plaintiff's response is filed to file their reply. To the extent that the Plaintiff seeks an expanded page limit for her response to the Motion to Dismiss, the [37] Notice is DENIED. The Plaintiff shall comply with the 45-page limit as set out in Local Rule 7(e) and this Courts [4] Standing Order. The Plaintiff's remaining procedural concerns will be held in abeyance by the Court and addressed at a later date. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/6/2020. (lctnm2)**

**1:19-cv-01540-TNM Notice has been electronically mailed to:**

Richard C. Smith    richardsmith@quinnemanuel.com, dandrea-green-9335@ecf.pacerpro.com, dandreagreen@quinnemanuel.com, richard-smith-7432@ecf.pacerpro.com

**1:19-cv-01540-TNM Notice will be delivered by other means to::**

CRYSTAL B. NWANERI
8297 Delhi Rd
North Charleston, SC 29406




QUINN EMANUEL URQUHART & SULLIVAN
1300 I Street NW, 9th Floor
Washington, DC 20005

**Crystal B. Nwaneri**
**8297 Delhi Rd**
**North Charleston, SC 29406**