# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CRYSTAL B. NWANERI**, <br><br> Plaintiff, <br><br> v. <br><br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP,** *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01540 (TNM) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Plaintiff's Amended Complaint, ECF No. 27, and this matter are **DISMISSED** without prejudice under LCvR 83.23 and Federal Rule of Civil Procedure 41(b); it is further

**ORDERED** that the Defendants' Motion to Dismiss the Amended Complaint, ECF No. 29, is **DENIED** as moot; it is further

**ORDERED** that the relief sought in Plaintiff's Notice of Procedural Errors and Rule Violations, ECF No. 37, is **DENIED**; it is further

**ORDERED** that the Plaintiff's Motion for Leave to File Excess Pages, ECF No. 41, is **DENIED** as moot.

**SO ORDERED.**

The Clerk is requested to close this case.  This is a final, appealable Order.

Dated:  December 30, 2020                              TREVOR N. McFADDEN, U.S.D.J.