UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CRYSTAL B. NWANERI,**

    *Plaintiff pro se,*

v.

    Civil Action No. 1:19-cv-01540

**QUINN EMANUEL URQUHART &
SULLIVAN LLP,
WILLIAM BURCK,
DEREK SHAFFER, and
JON COREY,**

    *Defendants.*

## NOTICE OF APPEAL

  Notice is hereby given this 31st day of December, 2020, that Plaintiff Crystal B. Nwaneri, pro se, proceeding *in forma pauperis*, hereby appeals to the United States Court of Appeals for the District of Columbia from the judgment of this Court entered on the 30th day of December, 2020 in favor of Defendants (by default) against said Plaintiff.

                       _____
                        Plaintiff *pro se*

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the address indicated:

Richard C. Smith
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Floor 9
Washington, DC 20005
*Attorney for Defendants*

