# United States Court of Appeals

## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 21-7005** | **September Term, 2021** |
| | **1:19-cv-01540-TNM** |
| | **Filed On: January 24, 2022** [1932068] |

Crystal B. Nwaneri,

      Appellant

   v.

Quinn Emanuel Urquhart & Sullivan LLP, et al.,

      Appellees

## M A N D A T E

    In accordance with the order of October 6, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                                    Daniel J. Reidy
                                    Deputy Clerk

Link to the order filed October 6, 2021