# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-7005**  **September Term, 2021**

**1:19-cv-01540-TNM**

**Filed On: October 6, 2021**

Crystal B. Nwaneri,

      Appellant

  v.

Quinn Emanuel Urquhart & Sullivan LLP, et al.,

      Appellees

    **BEFORE:**  Tatel, Rao, and Walker, Circuit Judges

### O R D E R

Upon consideration of the renewed motion to dismiss, the response thereto, and the reply; and the motion for leave to request an enlargement of time and for extension of time to file a brief or to suspend timing requirements, and the opposition thereto, it is

**ORDERED** that appellant's motion be denied. Even giving her the benefit of her proffered justifications, appellant has failed to demonstrate good cause for any of the relief she seeks. See Fed. R. App. P. 26(b); Fed. R. App. P. 2; D.C. Cir. Rule 2. It is

**FURTHER ORDERED** that the motion to dismiss be granted. Appellant noticed this appeal after her failure to meet deadlines in the district court led to the dismissal of her case there for lack of prosecution. When appellant, an experienced litigator, failed to comply with this court's deadline for initial submissions and rules regarding motions for extensions of time, this court warned her of the potential consequences of the unexcused failure to adhere to the rules and orders of this court. And although the court accommodated appellant's requests – including granting her an extension of time to file her initial submissions and granting her ECF access – appellant then failed to file an opening brief and appendix as ordered by this court, or a motion to extend the time for filing as required by this court's rules. In her opposition to the motion to dismiss, appellant stated that she would provide additional explanation for these failures, but her subsequent motion is wholly inadequate to explain her late filings and continued failure to submit her brief or to provide a timeline for doing so.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-7005**                                                    **September Term, 2021**

       Appellant's failure to provide an adequate explanation for her repeated failure to comply with the rules and orders of this court "indicate[s] an egregious disregard of the court's processes" warranting dismissal.  See Barber v. American Sec. Bank, 841 F.2d 1159, 1162 (D.C. Cir. 1988) (per curiam) (dismissing appeal after appellant's counsel failed to file a timely brief or a timely motion for an extension of time and provided inadequate explanations for late filings).

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                     BY:    /s/
                                        Manuel J. Castro
                                        Deputy Clerk